**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6834**

---

In Re: TRUMAN SCOTT,

Petitioner.

---

On Petition for Writ of Error Coram Nobis.  (CR-98-78-F)

---

Submitted:  September 8, 2000     Decided:  September 18, 2000

---

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Truman Scott, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Truman Scott, a federal inmate, petitions for a writ of error coram nobis contesting the district court's procedures in ordering him to pay restitution.  A writ of error coram nobis under 28 U.S.C. § 1651(a) (1994) only may be issued where an error of the most fundamental character compels such action to achieve justice and where no alternative remedy is available.  See United States v. Morgan, 346 U.S. 502 (1954); United States v. Mandel, 862 F.2d 1067, 1075 (4th Cir. 1988).  Scott's petition does not satisfy these criteria, and we therefore deny the petition.  We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before the court, and argument would not significantly aid the decisional process.

PETITION DENIED